# CASE ANNOUNCEMENTS
## COLORADO SUPREME COURT
### MONDAY, JANUARY 8, 2018

"Slip opinions" are the opinions delivered by the Supreme Court Justices and are subject to modification, rehearing, withdrawal, or clerical corrections. Modifications to previously posted opinions will be linked to the case number in the petition for rehearing section the day the changes are announced.

Click on the case number to view the opinion in pdf format.

-------------------------------------------------------------------------------------------------------------

## OPINIONS

### 2018 CO 1

[Supreme Court Case No. 16SC303](#)
*Certiorari to the Colorado Court of Appeals*
Court of Appeals Case No. 15CA109

**Petitioner/Cross-Respondent:**
Department of Revenue, Division of Motor Vehicles,

v.

**Respondent/Cross-Petitioner:**
Brian Rowland.

**Judgement Reversed**
*en banc*

**CHIEF JUSTICE RICE** delivered the Opinion of the Court.

1

---------------------------------------------------------------------------------------------------------------

## ORIGINAL PROCEEDING PURSUANT TO C.A.R. 21

No. 17SA299, In re State Farm v. Griggs
Broomfield County Combined Court Case No. 16CV30175
Order to Show Cause issued on January 4, 2018

No. 18SA1, In re the People v Austin
Weld County District Court Case No. 17CR1231
Order to Show Cause issued on January 4, 2018

## DENIED PETITIONS FOR WRIT OF CERTIORARI

**No. 17SC95, Court of Appeals Case No. 15CA77**
**Petitioner:**
The People of the State of Colorado,
v.
**Respondent:**
Brian K. Springsted.

Petition for Writ of Certiorari DENIED. EN BANC.

JUSTICE BOATRIGHT would grant as to the following issue:

Whether the court of appeals analysis and conclusion regarding the voluntariness and admissibility of the defendant's statements departs from well-established law and prior decisions of this court.

---------------------------------------------------------------------------------------------------------------

**No. 17SC148, Court of Appeals Case No. 13CA2152**
**Petitioner:**
William Albert Denman, Jr.,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED. EN BANC.

---------------------------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------------------------

**No. 17SC296, Court of Appeals Case No. 13CA981**
**Petitioner:**
Louise Ernestine Cisneros,

v.

**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED. EN BANC.

------------------------------------------------------------------------------------------------------------

**No. 17SC307, Boulder County District Court Case No. 16CV30292**
**Petitioner:**
Michael E. Silvestri,

v.

**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

------------------------------------------------------------------------------------------------------------

**No. 17SC371 Court of Appeals Case No. 15CA1118**
**Petitioners:**
CB Richard Ellis, Inc., Alexander K. Kovacs, and Scott G. Olson,

v.

**Respondents:**
George E. Girardi and Teresa Girardi.

Petition for Writ of Certiorari DENIED.  EN BANC.

------------------------------------------------------------------------------------------------------------

**No. 17SC410, Court of Appeals Case No. 14CA387**
**Petitioner:**
Mark J. Strodtman,

v.

**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

------------------------------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------------------------------

**No. 17SC490, Court of Appeals Case No. 13CA2318**
**Petitioner:**
The People of the State of Colorado,
v.
**Respondent:**
Hector Toby Sifuentes.

Petition for Writ of Certiorari DENIED. EN BANC.

JUSTICE BOATRIGHT would grant as to the following issue:

Whether the court of appeals erred in holding that the defendant had established ineffective assistance of counsel where counsel informed the defendant that a guilty plea carried a likelihood of deportation, the evidence against the defendant at trial would have been overwhelming, the defendant faced more time in prison if convicted at trial, and the defendant acknowledged in writing that he understood that his plea would result in deportation.

-------------------------------------------------------------------------------------------------------------

**No. 17SC592, Court of Appeals Case No. 15CA1993**
**Petitioner:**
Anthony T. Wright,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED. EN BANC.

-------------------------------------------------------------------------------------------------------------

**No. 17SC643, Court of Appeals Case No. 16CA590**
**Petitioners:**
Charles M. Prignano and Frances P. Prignano,
v.
**Respondent:**
Michele Pacitto, Jr.

Petition for Writ of Certiorari DENIED. EN BANC.

-------------------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------------------

**No. 17SC672, Montrose County District Court Case No. 17CV30034**
**Petitioner:**
The People of the State of Colorado,
v.
**Respondent:**
Alvin Manzanares.

Petition for Writ of Certiorari DENIED.  EN BANC.
--------------------------------------------------------------------------------------------------------------

**No. 17SC788, Court of Appeals Case No. 17CA378**
**Petitioner:**
D.D.L.,
v.
**Respondent:**
The People of the State of Colorado,
In the Interest of Minor Children: D.D.L., Jr., and Z.E.L.

Petition for Writ of Certiorari DENIED.  EN BANC.
--------------------------------------------------------------------------------------------------------------

**No. 17SC838, Court of Appeals Case No. 17CA1863**
**Petitioner:**
A.N.,
v.
**Respondent:**
The People of the State of Colorado,
In the Interest of Minor Child: C.N.,
**and concerning**
**Intervenors:**
A.F. and S.F.

Petition for Writ of Certiorari DENIED.  EN BANC.
--------------------------------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------------------------------

**No. 17SC847, Court of Appeals Case No. 17CA123**
**Petitioner:**
J.D.,
v.
**Respondent:**
The People of the State of Colorado,
In the Interest of Minor Children: Ja. D. and Ju. D.,
**and concerning**
J.D., Sr.

Petition for Writ of Certiorari DENIED.  EN BANC.

-------------------------------------------------------------------------------------------------------------

**No. 17SC848, Court of Appeals Case No. 17CA125**
**Petitioner:**
J.D.,
v.
**Respondent:**
The People of the State of Colorado,
In the Interest of Minor Child: J.D., Jr.

Petition for Writ of Certiorari DENIED.  EN BANC.

-------------------------------------------------------------------------------------------------------------

**No. 17SC854, Court of Appeals Case No. 16CA2084**
**Petitioner:**
S.C.,
v.
**Respondent:**
The People of the State of Colorado,
In the Interest of Minor Children: A.F., P.C., and Z.C.

Petition for Writ of Certiorari DENIED.  EN BANC.

-------------------------------------------------------------------------------------------------------------